Order entered October 18, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00263-CV

## JMJ ACQUISTIONS MANAGEMENT, LLC, Appellant

V.

## TERRY L. PETERSON AND TEXAS WORKFORCE COMISSION, Appellee

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-02746-D**

## ORDER

The Court has before it appellant's October 1, 2012 motion to enlarge time to file appellant's reply brief. The Court **GRANTS** the motion and **ORDERS** that any reply brief be filed by October 22, 2012.



MOLLY FRANCIS
JUSTICE